**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:        Darrius Banks v. Ramin Equities, LLC

Appellate case number:    01-18-00401-CV

Trial court case number:  1107428

Trial court:                        County Civil Court at Law No. 4 of Harris County

        Appellant, acting pro se, has filed a motion requesting that this Court set aside a writ of possession executing on a final judgment in an eviction suit. The motion is denied. *See* TEX. PROP. CODE § 24.007 ("A judgment of a county court [in an eviction suit] may not under any circumstances be stayed pending appeal unless, within 10 days of the signing of the judgment, the appellant files a supersedeas bond in an amount set by the county court."); *Marshall v. Housing Authority of City of San Antonio*, 198 S.W.3d 782, 785 (Tex. 2006) ("Thus, if a proper supersedeas bond is not filed, the judgment may be enforced, including issuance of a writ of possession evicting the tenant from the premises.")

        It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                    Acting individually


Date:  May 23, 2018